Lord v Whelan & Curry Constr. Servs., Inc. (2024 NY Slip Op 03241)

Lord v Whelan & Curry Constr. Servs., Inc.

2024 NY Slip Op 03241

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ.

52 CA 22-01612

[*1]CHARLES E. LORD, PLAINTIFF-RESPONDENT,
v
WHELAN AND CURRY CONSTRUCTION SERVICES, INC. FELDMEIER EQUIPMENT, INC., AND 6800 TOWNLINE ROAD PARTNERSHIP, DEFENDANTS-APPELLANTS. 

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (EDWARD J. SMITH, III, OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
WEGERSKI LAW FIRM, BREWERTON (JOHN P. WEGERSKI OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Onondaga County (Gregory R. Gilbert, J.), entered June 6, 2022. The order, inter alia, denied defendants' motion seeking to compel plaintiff to comply with the terms of his duly executed General Release in this matter by executing a Section 32 Agreement. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 21 and 22, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court